UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PORT AUTHORITY POLICE BENEVOLENT ASSOCIATION, INC., and KATHLEEN HOWARD,<br><br>    Plaintiff,<br><br>-against-<br><br>THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, SUPERINTENDENT MICHAEL FEDORKO, LIEUTENANT TIMOTHY MCGOVERN, LIEUTENANT STEVEN ADELHELM, and JOHN DOES 1-20,<br><br>    Defendants. | No. 15 Civ. 3526 (AJN)(RLE)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Leave to File Amended Complaint, the Declaration of O. Andrew F. Wilson, and the exhibits attached thereto, Plaintiffs will move this Court, before the Honorable Alison J. Nathan in the Southern District of New York, 40 Foley Square, New York, NY 10007, at a date and time to be set at the convenience of the Court, for an Order granting Plaintiffs leave to file the Proposed Amended Complaint attached as Exhibit 1 to the Declaration of O. Andrew F. Wilson.

Pursuant to the Court's Order (Dkt. 74), opposition papers must be filed by June 17, 2016, and reply papers must be filed by June 24, 2016.

Dated: June 3, 2016
      New York, New York

                                EMERY CELLI BRINCKERHOFF
                                & ABADY LLP

                                By: _____/s/_____
                                    Richard D. Emery
                                    O. Andrew F. Wilson
                                    Samuel Shapiro
                                600 Fifth Avenue, 10th Floor
                                New York, New York 10020
                                212-763-5000

                                *Attorneys for Plaintiffs*