UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE PORT AUTHORITY POLICE
BENEVOLENT ASSOCIATION, INC. and
KATHLEEN HOWARD,

                        Plaintiffs,

    -against-

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY, SUPERINTENDENT
MICHAEL FEDORKO, LIEUTENANT
TIMOTHY MCGOVERN, LIEUTENANT
STEVEN ADELHELM, KAREN CONNELLY,
STEVEN PASICHOW, and MICHAEL
NESTOR,

                        Defendants.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/17

15-CV-3526 (KMW) (RLE)

**OPINION & ORDER**

KIMBA M. WOOD, United States District Judge:

This Order sets a schedule for the remaining events in this case. The following deadlines replace all prior deadlines:

- October 20, 2017: Parties submit (i) joint letter outlining steps that need to be taken before the case is Ready for Trial and (ii) motions *in limine*;

- October 27, 2017: Parties submit oppositions to motions *in limine*;

- November 3, 2017: Parties submit (i) joint pretrial order and (ii) replies in further support of motions *in limine*; and

- November 10, 2017: Case is deemed Ready for Trial.

SO ORDERED.

Dated: New York, NY
       October 11, 2017

                                                                   KIMBA M. WOOD
                                                                   United States District Judge